# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN DOUGLAS MCNAIR, JR., | ) | 3:17-cv-00478-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 29, 2018 |
| ISIDRO BACA, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Pursuant to the court's order of October 12, 2018 (ECF No. 11), a transcript of the October 2, 2018, Early Mediation Conference has been prepared and filed. (ECF No. 12).

**IT IS HEREBY ORDERED** that the Clerk shall serve a copy of the transcript (ECF No. 12) on Plaintiff and counsel for Defendants.

**IT IS FURTHER ORDERED** that Plaintiff shall file his response to Defendants' Motion to Enforce Settlement Agreement (ECF No. 10) on or before **Tuesday, November 13, 2018**. Defendants shall file their reply memorandum **seven (7) days** after service of Plaintiff's response.

DEBRA K. KEMPI, CLERK

By:   /s/
         Deputy Clerk