1  AARON D. FORD
    Nevada Attorney General
2  IAN CARR, Bar No. 13840
    Deputy Attorney General
3  State of Nevada
    Bureau of Litigation
4  Public Safety Division
    100 N. Carson Street
5  Carson City, NV 89701-4717
    Tel: (775) 684-1259
6  E-mail: icarr@ag.nv.gov

7  *Attorneys for Defendant*
    *Isidro Baca and Marsha Johns*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOUGLAS MCNAIR, JR., | Case No. 3:17-cv-00478-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| ISIDRO BACA et al., | |
| Defendants. | |

Plaintiff, John Douglas McNair, Jr., appearing *pro se*, and Defendants, Isidro Baca and Marsha Johns (Defendants), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Ian Carr, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this __8*__ day of March, 2019.          DATED this __11TH__ day of March, 2019.

                                                               AARON D. FORD
                                                               Attorney General

By: _/s/ JOHN DOUGLAS MCNAIR, JR.___          By: _/s/ IAN CARR_____
     JOHN DOUGLAS MCNAIR, JR. #82072               IAN CARR
     *Plaintiff, Pro Se*               Deputy Attorney General
                                                                        Bureau of Litigation
                                                                        Public Safety Division
                                                                        *Attorneys for Defendants*

**IT IS SO ORDERED.**

_/s/_____
**U.S. DISTRICT JUDGE**

**DATED:** March 11, 2019

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 11TH day of March, 2019, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/CFE Electronic Filing to:

John Douglas McNair, Jr., #82072
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General

3